# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

ANTONIO L. BLANCHARD )
_____ )
_____ )
_____ )
Plaintiff(s)/Petitioner(s) )
v. )
HUGHES, E, Wills, Reichert, )
Birkee, White, Lewis, Mohr, )
Lawrence, K, L, M, N, O, P )
_____ )
Defendant(s)/Respondent(s) )

Case Number: 24 C01928 DWD
(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

I.    **JURISDICTION**    Amended Complaint

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement. ANTONIO LEE BLANCHARD #M03227
Po Box 1000 - N2-1-13
Menard, Illinois 62259-0911

**Defendant #1:**

B.    Defendant ___Hughes___ is employed as
(a)    (Name of First Defendant)

___Acting Director of IDOC___
(b)    (Position/Title)

with ___1301 Concordia Court - Executive Building___
(c)    (Employer's Name and Address)

___Springfield, Illinois 62794-9277___

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    ☒ Yes    ☐ No
Responsible for the warefare and ensuring the compliance
If your answer is YES, briefly explain: of all pertient laws, rules, regulations set forth in IDOC's policies

Rev. 10/3/19    *All defendants shall be sued in their official and individual capacities

2 of 17

**Defendant #2:**

( C. )  Defendant _____White_____ is employed as

(Name of Second Defendant)

_Restrictive Housing Property Officer of Menard CC_

(Position/Title)

with _711 Kaskaskia Street Menard, Il 62259-0711_

(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ■ Yes    ☐ No

If you answer is YES, briefly explain:  responsible for issuing IIC's Approved property while in N2-Restrictive Housing Unit.

**Additional Defendant(s) (if any):**

( D. )  Using the outline set forth above, identify any additional Defendant(s).

#3. Defendant _____Birker_____

Restrictive Housing Property Officer of Menard CC
711 Kaskaskia Street Menard, Il 62259-0711

At the time claims alleged in this complaint arose, was Defendant #3 employed by the State, local, or federal government? ■ Yes responsible for issuing IIC's Approved property while in N2-Restrictive Housing Unit.

Rev. 10/3/19

3 of
~~overruled~~

(E)

4. Defendant: John Doe / Jane Doe
IDOC's Southern Region Deputy Director
2309 West Main Street Marion Illinois
At the time claims alleged this complaint
Arose, was Defendant #4 employed by the
State, local or federal government? ☒ Yes
As the Southern Region Deputy Director.

(F)

5. Defendant: Anthony Wills
Warden of Menard CC
711 Kaskaskia Street Menard, Il 62259-0711
At the time claims alleged this complaint Arose,
was Defendant #5 employed by the State, local
or federal government? ☒ Yes as the Warden of
Menard CC.

(G)

6. Defendant: Kevin Reichert
AWD of Menard CC
711 Kaskaskia Street Menard, Il 62259-0711
At the time claims alleged this complaint Arose,
was Defendant #6 employed by the State, local
or federal government? ☒ Yes as the AWD of
Menard CC

★All defendants shall be sued in their Official
And individual capacities.

4 of 17

(H)

7. Defendant: S. Lewis

Correctional Counselor of MenCC

711 Kaskaskia Street Menard Il 62259-0711

At time the alleged in this complaint arose, was defendant #7 employeed by the State, local or federal government? ☒ Yes as a Corr. Counselor responsible for addressing all issues except disciplinary and allegations of sexual abuse.

(I)

8. Defendant: Toby Mohr

Chief Engineer of MenCC

711 Kaskaskia Street Menard, Il 62259-0711

At the time the alleged in this complaint arose, was defendant #8 employed by the state, local or federal government? ☒ Yes as the Chief engineer of Men CC legally responsible for ensuring the quality of the facility water or reporting any problems with it.

(J)

9. Defendant    Frank Lawrence

AWP of Men CC

711 Kaskaskia Street Menard Il 62259-0711

At the time the alleged in this complaint arose, was defendant #9 employed by the state, local or federal government? ☒ Yes legally responsible for oversecing IIC's programming and rehabilitation treatments

* All defendant shall be sued in their individual and Official Capacities

5 of 17

(K)

10. Defendant: John Doe / Jane Doe

7 to 3 Restrictive Housing Major of Men CC

711 Kaskaskia Street Menard Il 62259-0711

At the time the alleged in this complaint arose, was defendant #10 employed by the State, local, or federal government? ☒ Yes legally responsible for implementing Carrying out policies at the instructions of AWO.

(L)

11. Defendant John Doe / Jane Doe

7 to 3 Restrictive Housing Lieutenant of Men CC

711 Kaskaskia Street Menard, Il 62259-0711

at the time the alleged in this complaint arose, was defendant #11 employed by the State, local, or federal government? ☒ Yes legally responsible for ensuring staff comply with all rules, laws, regulations in the housing units he/she is assigned to.

(M)

12. Defendant John Doe / Jane Doe

On-Site Mental Health Director of Men CC

711 Kaskaskia Street Menard Il 62259-0711

At the time the alleged in this complaint arose, was Defendant #12 employed by the State, local, or federal government? ☒ Yes legally responsible for ENSURING idoc compliance with SMI Definition per 504.12 also ensuring mental health individualize stabilization transition plan for IIC's are completed.

✻ All defendants are to be sued in their individual and official capacities

6 of 17

(N)

13. Defendant: John Doe / Jane Doe
Chief Mental Health Psychiatrist for Southern Region
For Wexford Health Sources INC / Vendor / policy maker
Uncertain
At the time the alleged in this complaint arose, was
defendant #13 employed by the State, local, or federal
government? ☒ Yes / legally responsible for ensuring
on site staff / employees for Mental Health compliance
with all rules, laws, regulations pertaining to SMI
and mental health treatment.

(O)

14. Defendant John Doe / Jane Doe
CEO / Policy Maker Wexford Health Sources INC / Vendor
Uncertain
At the time the alleged in this complaint arose, was
defendant #14 employed by the State, local or federal
government? ☒ Yes employed through idoc to provide
adequate Mental Health Treatment for IIC's coping
and diagnose with mental health disorders.

(P)

15. Defendant John Doe / Jane Doe
Policy Maker / Insurance Backer For Wexford Vendor
Banty Group Corporation
Uncertain
At the time the Alleged in this complaint Arose, was
defendant #15 employed by the state, local, or federal government?

7 of 17

☑ Yes legally responsible for securing the financial contracts via IIC's housed in IDOC social security numbers to back Wexford Health Source Inc/Vendor to provide Mental Health, Dental, Medical Care to all of IDOC's population.

* All defendants shall be sued in their individual and official capacities

8 of 17

7. Approximate date of filing lawsuit: *Can not Recall*

8. Approximate date of disposition: *Can not Recall*

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *8/2023 would be only Strike in Blanchard v Illinois Dept. Corrections case.*

## III.    GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ■ Yes    ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?    ■ Yes    ☐ No

C. If your answer is YES,
   1. What steps did you take?
   *Exhausted Administrative remedy On Claims before the court.*

   2. What was the result?
   *All were Denied or Unsubstantiated*

D. If your answer is NO, explain why not.
   *N/A*

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    *N/A*    ☐ Yes    ☐ No

F. If your answer is YES,
   1. What steps did you take?    *N/A*

Rev. 10/3/19

*9 of 17*

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ■Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s): ANTONIO LEE BLANCHARD, ANTONIO L. BLANCHARD # M03229

Defendant(s): Over 60 at this point

2.    Court (if federal court, name of the district; if state court, name of the county): North Dist 5x ; Central Dist 2x ; Southern Dist. 1x; Circuit Court, Lee Court 2x ; Randolph County Cir Court 1x

3.    Docket number: ① 09C1794, ② 18C3304, ③ 20C3003, ④ 22CC153 ⑤ 22CS0123 , ⑥ cannot recall , ⑦ 23MR29 , ⑧ 23MR33 , ⑨ cannot recall

4.    Name of Judge to whom case was assigned:
① E. Bucklo & S. Cox ; ② C. Stirling Bruce ; ③ J.E. Hawley & McNaught ; ④ Commissioner

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights 5x ; Missing Property 2x ; Compliance with ILCS in Circuit Court 3x

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settled 2x ; Dismissed 4x ; Strike 1x ; 24 C S0374 and 24 C 01928 DWD pending New amended complaint merit review.

Rev. 10/3/19

Judge continue ⑤⑥ Johnston & Schneider ; ⑦⑧ David Lee ; ⑨ Walker

10 of 17

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

December 6, to present and at all relevant time periods plaintiff would be housed in Menard Correctional Center And remains on the Mental Health Case Load.

1. 12-6-23 to 12-27-23 N2-6/23 subjected me to hardship housing me in harazdous cell containing led paint, behind a stain window panel steel door.

2. 12-6-23 to 12-27-23 N2-6/23 subjected me to hardship failing to ensure staff compliance with all laws, rules, regulation of idoc.

3. 5-30-24 to present N2-8/53 subjected me to hardship failing to ensure staff compliance with all laws, rules, regulations of idoc.

4. 5-30-24 to present N2-6/53 subjected me to hardship penalizing me for violating Men CC rules. But did not provide me an opportunity via Orientation manual to read the rules.

5. 5-30-24 to 8-20-24 N2-6/53 subjected me to hardship did not afford me the chance to sign And or participate in NO Mental Health Groups / programs for 82 days in RH.

Rev. 10/3/19

11 of 17

2.    What was the result?    N/A

G.    If your answer is NO, explain why not.    N/A

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

Grievances No. KY-0324-1473 Contaminated water, KY-1223-2273. The Director shall review the findings and recommendations of the A.R.B and make a final decision on the grievance within 6 months after receipt of the appealed grievance when reasonably feasible under the circumstances.

Rev. 10/3/19

12 of 17

6. 5-30-24 to 8-20-24 N2/6-53 subjected me to hardship did not afford me the chance to earn my audiovisual / G+L while in RIT for 82 days.

7. 5-30-24 to 8-20-24 N2/6-53 subjected me to hardship after 82 days in RIT with no programming, mental health treatment, place me right back in general population.

8. 5-30-24 to 8-20-24 denied and or interfered with my access to the courts in case No. 08CR0365501, 23MR29, 23MR33, 23MR12 by not issuing me approved RIT legal property.

9. 12-6-23 to 12-27-23 N2/6-23 denied me the chance to groom myself, exercise outside, drinkable water.

10. 5-30-24 to 8-20-24 N2/6-53 denied me approved RIT property which would have allowed me to change my underwere before 82 days.

11. 5-30-24 to 8-20-24 N2/6-53 denied me the chance to groom myself, exercise outside drinkable water for 82 days

13 of 17

<u>Legal Standards</u>

Pursuant to 42 U.S.C. §1983 under this law a person who acts under "color of state law to violate Another's constitutional rights has responsibilities for damages. Plaintiff inserts Federal Rules of Civil Procedures 18 (A) (b) And 20(A)(2).

<u>Legal Claims</u>

The 5th & 14th Constitutional Amendment Rights Due Process Clause entitles plaintiff to be free from deprivations of life, liberty or property without Due Process of law. Paragraphs 1, 2, 3, 4, 5, 6, 7, Defendants Hughes, E, Wills, Reichart, Lawrence, K, L, M, N, O, P are held accountable for violating this guaranteed 5th & 14th Amendment right.

The 1st Constitutional Amendment Rights entitles plaintiff to be free of interference And or denied access the courts. Paragraph #8 Defendants Wills, Reichert, Lawrence, K, L, Lewis, White, Birker, M, are held accountable for violating this guaranteed 1st amendment right.

The 8th Constitutional Amendment Rights entitles plaintiff to be free of Cruel And Unusual Punishment. Under An "objective componet" means the seriousness of the challenged prison condition shall be reviewed.

14 of 17

Under the "Subjective componet" means deliberate indifference shall be reviewed. Paragraphs # 9, 10, 11, Defendants: Hughes, E, Wills, Reichert, Mohr, Lawrence, M, K, L, N, O, P Are held accountable for violating this guaranteed 8th Amendment right

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

1. Monetary Compensation in the Amount TBD by the jury/court Against each defendant jointly and severally

2. Monetary Punitive Damages in to Amount TBD by the jury/court Against each defendant jointly and severally.

3. Reimbursement of filing fees and legal expenses, plus any other relief the court/jury finds just.

## VI.    JURY DEMAND (check one box below)

The plaintiff ■ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:    JANUARY 15th, 2025
(date)

_Antonio L. Bell_ pro-se
Signature of Plaintiff

PO Box 1000 - N2-1-13
Street Address

ANTONIO L. BLANCHARD
Printed Name

Menard, IL 62259-0711
City, State, Zip

M03227
Prisoner Register Number

Signature of Attorney (if any)

16 of 17

Rev. 10/3/19

**United States District Court**
**SOUTHERN DISTRICT OF ILLINOIS**

ANTONIO LEE BLANCHARD                )
       **Plaintiff,**                       )
                                          )
VS.                                   )    Case No.: 24 C 01928 DWD
                                          )
LATOYA HUGHES ET, AL                  )
       **Defendant**                       )

---

### NOTICE OF FILING

TO: U.S. District Court          TO:
Southern District Court of Illinois
750 Missouri Ave
East St. Louis, Il 62201

TO:                       TO:

PLEASE TAKE NOTICE that on ___14 JAN___, 20__25__, I have provided service to the person(s) listed above by the following means:

☒   Electronically filed through ___Menard___ Correctional Law Library

☐   Institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

---

### DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 1/15/2025

17 of 17

/s/ Antonio L. Bll
NAME: ANTONIO L. BLANCHARD
IDOC#: M03222
    Menard Correctional Center
P.O. Box 1000
    Menard , IL 62259-0711

SCANNED at MENARD and E-mailed
1/17/25 by JA 18 pages
Date    initials    No.

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically**. And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

## CERTIFICATE OF SERVICE

I certify that a copy of this ___42 U.S.C. §1983 Civil Rights Claim___ was mailed/delivered
(Name of Document)

to ___ANTONIO L. BLANCHARD # M03229___
___Po Box 1000 -N2-1-13 Menard, Il 62259-0711___ on ___Jan 15th 2025___.
(Name and Address of Party/Attorney)    (Date)

_____Antonio L. Bll_____
Signature

___ANTONIO L. BLANCHARD___
Printed Name

12.    Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13.    You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

1 of 17

14.    You have a continuing obligation to keep the Court and each opposing party informed of any change in your address.    The Court will not independently investigate your whereabouts. You must notify the Court in writing of your new address within 7 days after a transfer or other change in address occurs. Failure to do so may result in dismissal of your case.

15.    Self-representation carries certain responsibilities and risks that a *pro se* litigant should know before proceeding. The court encourages all individuals who are thinking about self-representation to carefully review the risks associated with self-representation and to be aware of the potential consequences. Rule 11 of the Federal Rules of Civil Procedure prohibits the filing of lawsuits that are clearly frivolous or filed merely to harass someone. If, after reviewing your complaint, a judge determines that you have filed a lawsuit for an improper or clearly unnecessary purpose, it may impose sanctions against you, including ordering you to pay a fine to the court or to pay the legal fees of the person or persons against whom you filed the lawsuit. The court has a form motion with which you may request appointment of counsel. If you wish to file such a motion, you may request the appropriate form from the clerk's office. Ordinarily, the court will not consider your motion until **after** you have filed your complaint and permission to proceed without prepaying fees or costs has been granted. Bear in mind that there is no right to counsel in a civil case, and motions to appoint counsel are not automatically granted.

16.    When your complaint is complete, submit it to prison library staff (if you are at an institution that participates in the electronic filing program) or mail the original and any supporting exhibits (and an extra copy if you want a file-stamped copy returned to you), along with the **$405.00** filing fee or a motion to proceed *in forma pauperis*, to either:

**Clerk of the Court**                                    **Clerk of the Court**
**United States District Court**                   **United States District Court**
**Southern District of Illinois**                   **Southern District of Illinois**
**301 West Main Street**                            **750 Missouri Avenue**
**Benton, IL 62812**                                   **East St. Louis, IL 62201**

Page 4 of 4



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Blanchard, Antonio L.
Name

M03727
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?      Yes or (No)

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?      (Yes) or No

    If yes, please list case number:   24-C-01928-DWD

    If yes, but you do not know the case number mark here:   ___

3.  Should this document be filed in a pending case?      Yes or No

    If yes, please list case number:   _____

    If yes, but you do not know the case number mark here:   _____

4.  Please list the total number of pages being transmitted:   _____

5.  If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

Name of Document                                      Number of Pages

Amended Civil Rights Complaint                        18

_____                     _____

_____                     _____

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.